O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ROBERTO CORDOVA, | ) | CASE NO.  CV 13-9252 RZ |
|---|---|---|
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| AMY MILLER, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of ROBERTO CORDOVA for a writ of habeas corpus.  In light of the Court's review of the Petition and supporting papers, and for the reasons set out in the Order Denying Petition,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED:   July 18, 2014

RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE